# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0921
LT Case No. 2007-CF-009080-A

_____

ARTHUR L. BRADDY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Arthur L. Braddy, Sanderson, pro se.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.

December 30, 2025

PER CURIAM.

    AFFIRMED. *See Roberts v. State,* 923 So. 2d 578, 582 (Fla. 5th DCA 2006).

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____